Jon Cruz                                4                        1295571 – MLT
Docket Number: 15-CR-0338-1 (PKC)



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

## PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]     Transfer of Jurisdiction to the Eastern District of New York APPROVED

[ ]     Transfer of Jurisdiction to the Eastern District of New York DENIED

[ ]     Other

_____

_____

_____

_____

Honorable P. Kevin Castel
Senior U.S. District Judge
7/22/2022
Date

Jon Cruz                                                    5                                          1295571 – MLT
Docket Number: 15-CR-0338-1 (PKC)